IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE BURKE-DICE & JOHN A. DICE, III, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOVERNMENT EMPLOYEES INSURANCE COMPANIES <br><br> *Defendant*. | CIVIL ACTION <br> NO. 17-3198 |

## ORDER

**AND NOW**, this 15th day of August, 2017, upon consideration of Plaintiffs' Motion to Remand, (ECF No. 4), and Defendant's Response in Opposition, (ECF No. 5), it is hereby **ORDERED** that:

1. The Motion, (ECF No. 4), is **GRANTED**;

2. The Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Philadelphia County;

3. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.